UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-68-D-2

UNITED STATES OF AMERICA

v.

HOLLY LYNN PERSON

ORDER TO MODIFY CONDITIONS OF RELEASE

This matter having come before the Court upon an unopposed motion by the Office of the Federal Public Defender to modify conditions of release. For good cause shown, the motion is GRANTED.

It is hereby ORDERED that Ms. Person may travel within the Middle District of North Carolina and the Eastern District of North Carolina; and Ms. Person may travel outside of the Middle and Eastern Districts of North Carolina subject to the prior approval of the United States Probation Office.

SO ORDERED.

This 13 day of November, 2020.

JAMES C. DEVER III
United States District Judge